| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, P.C.**<br>**By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Bayview Loan Servicing, LLC | |
| In Re:<br><br>Rodney L. Bush-Rowland dba Principal of To and Fro Transportation Inc.<br>    Debtor | Case No.: 16-14029-JNP<br><br>Chapter: 13<br><br>Hearing Date: August 8, 2017<br><br>Judge: Jerrold N. Posluny, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: <u>Docket No. 54 and 58- Objection to Motion to Reinstate Stay. The Creditor's Objection to Motion to Reinstate Stay hearing is scheduled for August 8, 2017 at 10:00 a.m. Please be advised that the Objection to Motion to Reinstate Stay has been settled. Accordingly, please have the matter marked OTBS.</u>

Date: <u>August 4, 2017</u>                /s/ Alexandra T. Garcia, Esq.
                                             Signature

*rev.8/1/15*