| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |
| In Re:<br><br>Rodney Bush-Rowland<br>Debtors | |

**Order Filed on August 28, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-14029 JNP

Adv. No.:

Hearing Date:  August 8, 2017 at 10:00 a.m.

Judge:  Poslusny

Recommended Local Form:    Followed    **X** Modified

# ORDER REINSTATING AUTOMATIC STAY AS TO BAYVIEW LOAN SERVICING WITH TERMS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 28, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

1. The automatic stay as to Bayview Loan Servicing is reinstated effective the date of this order.

2. Debtor shall make an immediate payment to Bayview Loan Servicing in the amount of $2,000.00.

3. Debtor shall pay the balance due in the amount of $1,878.93 to Bayview Loan Servicing directly by no later than August 25, 2017.

4. Bayview Loan Servicing shall resume sending regular monthly mortgage statements directly to the debtor.

5. Payments to Bayview Loan Servicing shall resume September 1, 2017. All payments must be made within thirty (30) days of the date due. If a payment is missed by more than 30 days, Bayview Loan Servicing may certify to this default and submit an order for relief from stay with notice to debtor and debtor's counsel.